IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN CHRISTOPHER BELCHER ) | |
| ) | |
| ) | |
| v. ) | Case number: |
| ) | |
| ) | |
| THE THOMPSON CORPORATION ) | |
| ) | |
| and ) | |
| ) | |
| CISCO, INC. ) | |

## DEFENDANTS' NOTICE OF REMOVAL

COMES NOW, Defendant Thomson Corporation (incorrectly identified above as "The Thompson Corporation"), by counsel, and files this Notice of Removal, pursuant to 28 U.S.C. § 1441, *et. seq.*, from a suit originally filed in the District Court of Maryland for Prince George's County, case number: 0502300268732007, in a case styled John Christopher Belcher v. The Thompson Corporation and CISCO, Inc., to the United States District Court for the District of Maryland. Defendant CISCO, Inc. consents to this removal by confirmation of Tom Kurowski.

### A. Background and Facts

1. On or about September 4, 2007, Plaintiff, John Christopher Belcher (the "**Plaintiff**") filed a Complaint (the "**Complaint**") against Thomson Corporation and CISCO, Inc. (collectively, the "**Defendants**"), in the District Court of Maryland for Prince George's County, case number: 050200268732007, (the "**State Court Suit**"). A true and correct copy of Plaintiff's Complaint in the State Court Suit is attached and incorporated hereto as **Exhibit A**.

2. Defendant CISCO, Inc. was served with the State Court Suit on or about September

1

20, 2007 by certified mail.

3. Defendant Thomson Corporation was served with the State Court Suit on or about September 14, 2007 by certified mail. Accordingly, Thomson Corporation files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(d).

### B. Basis for Removal

#### Federal Question

5. This cause is removable based on federal question jurisdiction. Plaintiff alleges that Defendants violated federal statutes, the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("**FDCPA**"). *See* Plaintiff's Complaint. Therefore, this Court has jurisdiction pursuant to 28 U.S.C. §1441(b) because Plaintiff has asserted claims arising under the laws of the United States.

6. Defendant CISCO, Inc. agrees to the removal as represented by Tom Kurowski on October 11, 2007 telephone call with Thomson Corporation's counsel.

7. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

8. Thomson Corporation will file promptly a copy of this notice of removal with the clerk of the state court where the action has been pending.

WHEREFORE, Defendants give notice that the State Court Suit, styled <u>John Christopher Belcher v. The Thompson Corporation and CISCO, Inc.</u> is hereby removed from the District Court of Maryland for Prince George's County to the United States District Court for the District of Maryland, and Defendant Thomson Corporation prays for such other and further relief which this Court deems necessary, just and proper.

                                          THOMSON CORPORATION
                                          By Counsel:

Erik R. Quick, Esquire
Federal State Bar number: 013996
RUBENSTEIN, COGAN & QUICK, P.C.
12 South Summit Avenue; Suite 250
Gaithersburg, MD 20877
Telephone: (240) 386-00550
Facsimile: (240) 386-0555
Email: equick@rcqlaw.com
Counsel for Defendant

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **12th day of October, 2007**, a true and correct copy of this Notice of Removal (with exhibits) and the proposed Order, were mailed via first class mail, postage prepaid, to those parties as follows:

    John Christopher Belcher
    6188 Oxon Hill Road; Suite 811
    Oxon Hill, MD 20745

    CISCO, Inc.
    1702 Townhurst Drive
    Houston, TX 77049

                                   Erik R. Quick, Esquire